In the Matter of ALEXANDER JOHN B. and Another, Children Alleged to be Abandoned. CYNTHIA A., Appellant; CARDINAL McCLOSKEY SERVICES et al., Respondents.

Submitted January 3, 2012; decided February 21, 2012

Reported below, 87 AD3d 927.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's denial of the motion to vacate, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CYNTHIA A. BELL, Appellant, v 24-26 EAST 82ND STREET CORPORATION et al., Respondents.

Submitted January 9, 2012; decided February 21, 2012

Reported below, 2011 NY Slip Op 75563(U).

Motion to dismiss appeal granted and appeal, insofar as taken against defendants Carter Ledyard & Milburn LLP, Ronald Spencer, Davis Polk & Wardwell LLP, Ogden Lewis and Larry Jacobs, dismissed as untimely (see CPLR 5513 [a]); appeal otherwise dismissed upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.